IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DESTINY KENNEDY, ) <br> On behalf of herself and all ) <br> Other Georgia citizens similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VGW HOLDINGS LIMITED, VGW ) <br> MALTA LIMITED, VGW ) <br> LUCKYLAND INC., and VGW GP ) <br> LIMITED, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 1:24-cv-02184-TWT |

**DECLARATION OF MICHAEL THUNDER IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

I, MICHAEL THUNDER, declare and state as follows:

1.  I am the General Counsel of VGW Holdings Ltd. ("VGW"). I am over 18 years of age and am competent to make this declaration. I make this declaration based on personal knowledge, the books and records of VGW, and information reported to me in the ordinary course of business by individuals with a business duty to accurately report that information. I make this declaration in support of Defendants' opposition to Plaintiff's motion to remand this action to state court.

2.  VGW subsidiaries in a variety of jurisdictions, including VGW Luckyland, Inc., VGW Malta Ltd., and VGW GP Ltd. (collectively, "VGW Group"),

- 1 -

specialize in the development and publication of online casino-themed social games on platforms called *Luckyland Slots*, *Chumba Casino*, and *Global Poker*.

3. VGW Group maintains electronic financial reporting systems that contain the in-game purchase history, among other things, by users of VGW Group's games. These purchase data are maintained in the ordinary course of business and the purchase data is captured at or near the time the purchases are made, with dates and times recorded in Universal Coordinated Time (UTC).

4. I have reviewed the information pulled from the relevant financial reporting systems. According to this information, Destiny Kennedy in Georgia made in-game purchases on each platform as follows:

    a. $500 on *Chumba Casino* over two days: September 7 and 12, 2023;

    b. $449.95 on *Luckyland Slots* on September 12, 2023; and

    c. $200 on *Global Poker* on December 3, 2023.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 26th day of June 2024, at Perth WA, Australia.

*Michael Thunder*
MICHAEL THUNDER