Note to Judge Thrash Jr.

On 29 November 2023, I made a mistake and filed a draft response in opposition to Defendant's Motion to Dismiss.  I am travelling and had to reach out to my home network from the hotel to pick up the document and in doing so I mistakenly filed a draft version.

On 30 November 2023, I corrected the mistake and filed the correct document.   Please accept the 30 November 2023 document either as the original or an amendment.

/s/

Barry L. Williams