# EXHIBIT "A"

# OPT OUT EMAILS CHUMBA

From: **Destiny. Kennedy** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Date: Sun, Aug 27, 2023 at 12:45
Subject: Support
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Hello my name is Destiny Kennedy. In the past couple of days I created an account to play on your site. Upon reading the terms, as is permitted to me, I am opting out of the clause and/or waiver requiring arbitration, opting out of the clause and/or waiver requiring individual arbitration, opting out of any clause and/or waiver that prohibits participation in class action lawsuits, opting out of any clause and/or waiver that prohibits participation in class action arbitration, opting out of any clause and/or waiver that prohibits acting in the capacity as a private attorney general or third party seeking to recover losses. Furthermore, I am opting out entirely of clause 23, and I am opting out of any part of the website terms that I am permitted to opt out of.

Furthermore, as is specified in clause 4 I recognize that I am being granted a license to play on your site because you have confirmed that the site is legally operating in my state. If it was not, then 4.4 would not allow me to play. Please confirm that fact.

Also, please confirm that you have received my email.

Destiny Kennedy

Destiny Kennedy
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

From: **Destiny. Kennedy** ██████████████████████

Date: Sun, Aug 27, 2023 at 12:44 ░░░ ░░

Subject: Support

To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Hello my name is Destiny Kennedy. In the past couple of days I created an account to play on your site. Upon reading the terms, as is permitted to me, I am opting out of the clause and/or waiver requiring arbitration, opting out of the clause and/or waiver requiring individual arbitration, opting out of any clause and/or waiver that prohibits participation in class action lawsuits, opting out of any clause and/or waiver that prohibits participation in class action arbitration, opting out of any clause and/or waiver that prohibits acting in the capacity as a private attorney general or third party seeking to recover losses. Furthermore, I am opting out entirely of clause 23, and I am opting out of any part of the website terms that I am permitted to opt out of.

Furthermore, as is specified in clause 4 I recognize that I am being granted a license to play on your site because you have confirmed that the site is legally operating in my state. If it was not, then 4.4 would not allow me to play. Please confirm that fact.

Also, please confirm that you have received my email.

Destiny Kennedy

--

Destiny Kennedy

██████████████████████

From: **Destiny. Kennedy**
Date: Mon, Nov 20, 2023 at 20:41
Subject: Opting Out and Declining arbitration
To:

Hello my name is Destiny Kennedy.  My email address is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ My postal address is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓

As was permitted to me under the terms, I previously opted out of the clause and/or waiver requiring arbitration, the clause and/or waiver requiring individual arbitration, any clause and/or waiver that prohibits participation in class action lawsuits, any clause and/or waiver that prohibits participation in class action arbitration, any clause and/or waiver that prohibits acting in the capacity as a private attorney general or third party seeking to recover losses. Furthermore, I opted out entirely of clause 23, and any part of the website terms that I was permitted to opt out of.

Your site has recently updated its terms and I wanted to reaffirm that I am opting out of the clause and/or waiver requiring arbitration, opting out of the clause and/or waiver requiring individual arbitration, opting out of any clause and/or waiver that prohibits participation in class action lawsuits, opting out of any clause and/or waiver that prohibits participation in class action arbitration, opting out of any clause and/or waiver that prohibits acting in the capacity as a private attorney general or third party seeking to recover losses. Furthermore, I am opting out entirely of clause 23, and I am opting out of any part of the website terms that I am permitted to opt out of.

Furthermore, as is specified in clause 4 I recognize that I am being granted a license to play on your site because you have confirmed that

# OPT OUT EMAILS LUCKYLAND

From: **Destiny. Kennedy** ████████████████████
Date: Sun, Aug 27, 2023 at 12:46
Subject: Support
To: <████████████████████

"Hello my name is Destiny Kennedy. In the past couple of days I created an account to play on your site. Upon reading the terms, as is permitted to me, I am opting out of the clause and/or waiver requiring arbitration, opting out of the clause and/or waiver requiring individual arbitration, opting out of any clause and/or waiver that prohibits participation in class action lawsuits, opting out of any clause and/or waiver that prohibits participation in class action arbitration, opting out of any clause and/or waiver that prohibits acting in the capacity as a private attorney general or third party seeking to recover losses. Furthermore, I am opting out entirely of clause 23, and I am opting out of any part of the website terms that I am permitted to opt out of.

Furthermore, as is specified in clause 4 I recognize that I am being granted a license to play on your site because you have confirmed that the site is legally operating in my state. If it was not, then 4.4 would not allow me to play. Please confirm that fact.

Also, please confirm that you have received my email.

Destiny Kennedy

Destiny Kennedy
████████████████████

From: **Destiny. Kennedy**
Date: Sun, Aug 27, 2023 at 12:45
Subject: Support
To:

Hello my name is Destiny Kennedy. In the past couple of days I created an account to play on your site. Upon reading the terms, as is permitted to me, I am opting out of the clause and/or waiver requiring arbitration, opting out of the clause and/or waiver requiring individual arbitration, opting out of any clause and/or waiver that prohibits participation in class action lawsuits, opting out of any clause and/or waiver that prohibits participation in class action arbitration, opting out of any clause and/or waiver that prohibits acting in the capacity as a private attorney general or third party seeking to recover losses. Furthermore, I am opting out entirely of clause 23, and I am opting out of any part of the website terms that I am permitted to opt out of.

Furthermore, as is specified in clause 4 I recognize that I am being granted a license to play on your site because you have confirmed that the site is legally operating in my state. If it was not, then 4.4 would not allow me to play. Please confirm that fact.

Also, please confirm that you have received my email.

Destiny Kennedy

--
Destiny Kennedy

From: **Destiny, Kennedy**, ████████████████
Date: Mon, Nov 20, 2023 at 20:45
Subject: Opting out and Declining Arbitration
To: Luckyland Slots Support ████████████████████████████████████

Hello my name is Destiny Kennedy.  My email address is ████████████████  My postal address is ████████████████
████████████

As was permitted to me under the terms, I previously opted out of the clause and/or waiver requiring arbitration, the clause and/or waiver requiring individual arbitration, any clause and/or waiver that prohibits participation in class action lawsuits, any clause and/or waiver that prohibits participation in class action arbitration, any clause and/or waiver that prohibits acting in the capacity as a private attorney general or third party seeking to recover losses. Furthermore, I opted out entirely of clause 23, and any part of the website terms that I was permitted to opt out of.

Your site has recently updated its terms and I wanted to reaffirm that I am opting out of the clause and/or waiver requiring arbitration, opting out of the clause and/or waiver requiring individual arbitration, opting out of any clause and/or waiver that prohibits participation in class action lawsuits, opting out of any clause and/or waiver that prohibits participation in class action arbitration, opting out of any clause and/or waiver that prohibits acting in the capacity as a private attorney general or third party seeking to recover losses. Furthermore, I am opting out entirely of clause 23, and I am opting out of any part of the website terms that I am permitted to opt out of.

Furthermore, as is specified in clause 4 I recognize that I am being granted a license to play on your site because you have confirmed that

# OPT OUT EMAILS GLOBAL POKER

20:03    📶 📶 37

← **Opting Out and Declining Arbitration**    AA

From  Destiny Kennedy
　　　 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

To  support@globalpoker.com

　　 arbitrationoptout@globalpoker.com

Date  Nov 29, 2023 at 18:09

1. Hello my name is Destiny Kennedy. My email address is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ My postal address is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮

I am opting out of the clause and/or waiver requiring arbitration, opting out of the clause and/or waiver requiring individual arbitration, opting out of any clause and/or waiver that prohibits participation in class action lawsuits, opting out of any clause and/or waiver that prohibits participation in class action arbitration, opting out of any clause and/or waiver that prohibits acting in the capacity as a private attorney general or third party seeking to recover losses. Furthermore, I am opting out entirely of clause 23, and I am opting out of any part of the website terms that I am permitted to opt out of.

Furthermore, as is specified in clause 4 I recognize that I am being granted a license to play on your site because you have confirmed that the site is legally operating in my state. If it was not, then 4.4 would not allow me to play. Please confirm that fact.

Also, please confirm that you have received my

🗑    📩    📤    ↞    •••
Delete  Archive  Move  Reply All  More

20:03

**Opting Out and Declining Arbitration**

To support@globalpoker.com;

arbitrationoptout@globalpoker.com

Date    Nov 29, 2023 at 18:09

1. Hello my name is Destiny Kennedy. My email address is ▓▓▓▓▓▓▓▓▓▓▓▓ My postal address is ▓▓▓▓▓▓▓▓▓▓▓▓

I am opting out of the clause and/or waiver requiring arbitration, opting out of the clause and/or waiver requiring individual arbitration, opting out of any clause and/or waiver that prohibits participation in class action lawsuits, opting out of any clause and/or waiver that prohibits participation in class action arbitration, opting out of any clause and/or waiver that prohibits acting in the capacity as a private attorney general or third party seeking to recover losses. Furthermore, I am opting out entirely of clause 23, and I am opting out of any part of the website terms that I am permitted to opt out of.

Furthermore, as is specified in clause 4 I recognize that I am being granted a license to play on your site because you have confirmed that the site is legally operating in my state. If it was not, then 4.4 would not allow me to play. Please confirm that fact.

Also, please confirm that you have received my email.

Delete    Archive    Move    Reply All    More