# EXHIBIT "D"

**State of Delaware**
**Department of Safety & Homeland Security**
**DIVISION OF GAMING ENFORCEMENT**
**600 S. Bay Road , Suite#2**
**Dover, Delaware 19901**

February 23, 2023

Laurence Escalante, CEO
VGW Luckyland, Inc.
c/o The Corporation Trust
1209 North Orange Street
Wilmington, DE 19801-1120

**RE:    Cease and desist LUCKYLAND SLOTS Operations within the State of Delaware**

Dear Mr. Escalante:

The Delaware Division of Gaming Enforcement ("DDGE") has been made aware of your company's website "https://luckylandslots.com".  DDGE is tasked with the enforcement of gambling related crimes pursuant to 28 *Del. C.* § 8236. A review of your online website (https://luckylandslots.com) shows that you are offering casino games where one may pay to play games of chance for an opportunity to win cash prizes.  Further, in your "Eligibility to Play Luckyland Slots" disclosure you indicate that eligible participants are legal residents of the permitted territories which include the United States except for Idaho and Washington. Permitting those people who reside in Delaware to participate in these games is in violation of Delaware law.[1]

DDGE hereby demands that VGW Luckyland, Inc. take immediate action to ensure that persons physically located in the State of Delaware are not permitted to participate in pay to play games of chance for cash prizes.  We further demand VGW Luckyland, Inc. immediately suspend all such accounts accessed by users physically located within the State of Delaware.

---

[1] *See* Del. Const. art II, § 17; 11 *Del. C.* §§ 501, 511, 531, 1402-1406, and 1411 (establishing the various crimes and theories of criminal liability relating to illegal gambling in the State of Delaware.)

We trust that VGW Luckyland, Inc. will act quickly to comply with the demands set forth herein and ensure that it acts reasonably to terminate any and all illegal operations occurring within the physical territory of the State of Delaware. Please confirm that VGW Luckyland, Inc. has taken action consistent with the demands set forth herein by written response no later than March 31, 2023.

Sincerely,

Gregory Nolt
Director
Delaware Division of Gaming Enforcement

cc:     Helene Keeley, Director, Delaware State Lottery
        Lt. Thomas Paskevicius, Delaware State Police, Deputy Director DDGE
        Stacey Bonvetti, Deputy State Solicitor, Delaware Department of Justice