# EXHIBIT "E"



# STATE OF CONNECTICUT
*DEPARTMENT OF CONSUMER PROTECTION*

February 9, 2024

**<u>Via Certified Mail</u>**

VGW US Inc.
442 Post Street, Suite 900
San Francisco, CA 94102

To Whom it May Concern:

The Department of Consumer Protection ("Department") has become aware that VGW Holdings Limited ("VGW"), located at 442 Post Street, Ste 900 is conducting unlicensed online gambling. VGW's actions are in violation of Connecticut General Statutes (Conn. Gen. Stat.) §§ 53-278b, 53-278d, 42-296, and 42-301, and the Connecticut Unfair Trade Practices Act ("CUTPA"). The Department, therefore, orders VGW to cease and desist advertising and offering its games and services to Connecticut customers.

Conn. Gen. Stat. § 53-278b prohibits gambling and professional gambling. Gambling is defined as "risking any money, credit, deposit or other thing of value for gain contingent in whole or in part upon lot, chance or the operation of a gambling device . . . ." Conn. Gen. Stat. § 53-278a. Professional Gambling means "accepting or offering to accept, for profit, money, credits, deposits or other things of value risked in gambling . . . ." Id.

Public Act 21-23 authorized online gambling in Connecticut, but only for specific licensed entities. VGW does not possess an online gaming operator's license under Conn. Gen. Stat. § 12-857 or any other relevant qualification that would all VGW to provide online gaming to Connecticut residents; nor do VGW's actions fall within any of the excepted activities to the prohibition on gambling listed in Conn. Gen. Stat. § 53-278g.

VGW's promotion of unlicensed and illegal gambling services is also an unfair trade practice, which violates CUTPA.



# STATE OF CONNECTICUT
*DEPARTMENT OF CONSUMER PROTECTION*

VGW is hereby ordered to immediately cease and desist offering its games and services to Connecticut Customers. Failure to comply may result in additional action including, but not limited to, civil penalties under CUTPA and/or criminal penalties under Conn. Gen. Stat. §§ 53-278b and 53-278d.

Sincerely,

*Maureen Magnan*

Maureen Magnan,
Deputy Commissioner

450 Columbus Boulevard, Suite 901, Hartford, Connecticut 06103-1840
General Information (860) 713-6100
Website: ct.gov/dcp
*An Affirmative Action / Equal Opportunity Employer*