# EXHIBIT "G"

The Honorable Tiffany M. Cartwright

1

2

3

4

5

6

7       UNITED STATES DISTRICT COURT

8       WESTERN DISTRICT OF WASHINGTON

9       AT TACOMA

10

| | |
|---|---|
| RICK LARSEN, individually and on behalf of all others similarly situated, | Case No. 18-cv-05275-TMC |
| *Plaintiff,* | **THIRD AMENDED COMPLAINT— CLASS ACTION** |
| *v.* | |
| PTT, LLC (d/b/a HIGH 5 GAMES, LLC), a Delaware limited liability company, and HIGH 5 ENTERTAINMENT, LLC, a New Jersey limited liability company, | **JURY DEMAND** |
| *Defendants.* | |

20      Plaintiff Rick Larsen brings this case, individually and on behalf of all others similarly

21  situated, against Defendants PTT, LLC, d/b/a High 5 Games, LLC ("High 5 Games") and High 5

22  Entertainment, LLC ("High 5 Entertainment") (collectively "High 5" or "Defendants") to enjoin

23  their operation of illegal online casino games. Plaintiff alleges as follows upon personal

24  knowledge as to himself and his own acts and experiences, and upon information and belief,

25  including investigation conducted by his attorneys, as to all other matters.

26

27                         **NATURE OF THE ACTION**

THIRD AMENDED COMPLAINT
Case No. 18-cv-05275-TMC                    - 1 -          EDELSON PC
                                                      150 California Street, 18th Floor, San Francisco, CA 94111
                                                      Tel: 415.212.9300 • Fax: 415.373.9435

games and companies that made football stickers a decade ago. For some … the allure of a closed box full of goodies is too powerful to resist. Whatever the worth of the randomised [sic] prizes inside, the offer of a free chest and the option to buy a key will make a small fortune out of these personalities. For those that like to gamble, these crates often offer a small chance of an ultra-rare item."[3]

15.    Another stated:

"Games may influence 'feelings of pleasure and reward,' but this is an addiction to the games themselves; micro-transactions play to a different kind of addiction that has existed long before video games existed, more specifically, an addiction similar to that which you could develop in casinos and betting shops."[4]

16.    The comparison to casinos doesn't end there. Just as with casino operators, mobile game developers rely on a small portion of their players to provide the majority of their profits. These "whales," as they're known in casino parlance, account for just "0.15% of players" but provide "over 50% of mobile game revenue."[5]

17.    Game Informer, another respected videogame magazine, reported on the rise (and danger) of micro-transactions in mobile games and concluded:

"[M]any new mobile and social titles target small, susceptible populations for large percentages of their revenue. If ninety-five people all play a [free-to-play] game without spending money, but five people each pour $100 or more in to obtain virtual currency, the designer can break even. These five individuals are what the industry calls whales, and we tend not to be too concerned with how they're being used in the equation. While the scale and potential financial ruin is of a different magnitude, a similar profitability model governs casino gambling."[6]

18.    Academics have also studied the socioeconomic effect games that rely on in-app purchases have on consumers. In one study, the authors compiled several sources analyzing so-called free-to-play games of chance (called "casino" games below), and stated that:

"[Researchers] found that [free-to-play] casino gamers share many similar sociodemographic characteristics (*e.g.*, employment, education, income) with online gamblers. Given these similarities, it is perhaps not surprising that a strong predictor of online gambling is engagement in [free-to-play] casino games. Putting a dark line under these findings, over half (58.3%) of disordered gamblers who

---

[3]    PC Gamer, *Microtransactions: the good, the bad and the ugly*, http://www.pcgamer.com/microtransactions-the-good-the-bad-and-the-ugly/ (last visited Apr. 5, 2018).
[4]    The Badger, *Are micro-transactions ruining video games? | The Badger*, http://thebadgeronline.com/2014/11/micro-transactions-ruining-video-games/ (last visited Apr. 5, 2018)..
[5]    *Id.* (emphasis added).
[6]    Game Informer, *How Microtransactions Are Bad For Gaming - Features - www.GameInformer.com*, http://www.gameinformer.com/b/features/archive/2012/09/12/how-microtransactions-are-bad-for-gaming.aspx?CommentPosted=true&PageIndex=3 (last visited April 5, 2018)

1    were seeking treatment stated that social casino games were their first experiences
     with gambling."

2    …

3    "According to [another study], the purchase of virtual credits or virtual items
     makes the activity of [free-to-play] casino gaming more similar to gambling.
4    Thus, micro-transactions may be a crucial predictor in the migration to online
     gambling, as these players have now crossed a line by paying to engage in these
5    activities. Although, [sic] only 1–5% of [free-to-play] casino gamers make micro-
     transactions, those who purchase virtual credits spend an average of $78. Despite
6    the limited numbers of social casino gamers purchasing virtual credits, revenues
     from micro-transactions account for 60 % of all [free-to-play] casino gaming
7    revenue. Thus, a significant amount of revenue is based on players' desire to
     purchase virtual credits above and beyond what is provided to the player in seed
8    credits."[7]

9        19.    The same authors looked at the link between playing free-to-play games of chance

10   and gambling in casinos. They stated that "prior research indicated that winning large sums of

11   virtual credits on social casino gaming sites was a key reason for [consumers'] migration to

12   online gambling," yet the largest predictor that a consumer will transition to online gambling was

13   "micro-transaction engagement." In fact, "the odds of migration to online gambling were

14   approximately *eight times greater* among people who made micro-transactions on [free-to-play]

15   casino games compared to [free-to-play] casino gamers who did not make micro-transactions."[8]

16       20.    The similarity between micro-transaction games of chance and games of chance

17   found in casinos has caused governments across the world to intervene to limit their availability.[9]

18   Unfortunately, such games have eluded regulation in the United States. As a result, and as

19   described below, Defendants have thrived, and thousands of consumers have spent millions of

20   dollars unwittingly playing Defendants' unlawful games of chance.

21

22   [7]    Hyoun S. Kim, Michael J. A. Wohl, *et al.*, *Do Social Casino Gamers Migrate to Online Gambling? An
     Assessment of Migration Rate and Potential Predictors*, Journal of gambling studies / co-sponsored by the National
23   Council on Problem Gambling and Institute for the Study of Gambling and Commercial Gaming (Nov. 14, 2014),
     *available at* http://link.springer.com/content/pdf/10.1007%2Fs10899-014-9511-0.pdf (citations omitted).
24   [8]    *Id.* (emphasis added).
     [9]    In late August 2014, South Korea began regulating "social gambling" games, including games similar to
25   Defendants', by "ban[ning] all financial transactions directed" to the games. PokerNews.com, *Korea Shuts Down All
     Facebook Games In Attempt To Regulate Social Gambling | PokerNews*,
26   https://www.pokernews.com/news/2014/09/korea-shuts-down-facebook-games-19204.htm (last visited Apr. 5,
     2018). Similarly, "the Maltese Lotteries and Gambling Authority (LGA) invited the national Parliament to regulate
27   all digital games with prizes by the end of 2014." *Id.*

THIRD AMENDED COMPLAINT
Case No. 18-cv-05275-TMC                    - 7 -           **EDELSON PC**
                                                           150 California Street, 18th Floor, San Francisco, CA 94111
                                                           Tel: 415.212.9300 • Fax: 415.373.9435

## II.    A Brief Introduction to High 5

21.    Founded in 1985, High 5 Games has been a leading developer of land-based casino games, including video slot machines. High 5 Games gained popularity in 2008 with the release of its best performing slot machine in the company's history: Da Vinci Diamonds. High 5 Games continued to rise in prominence in the casino game industry with the release of the "mega hit" Golden Goddess and Black Widow video slot machine games.

22.    Indeed, High 5 Games expanded its casino game operation into the "casual game" industry by launching a multitude of online slot machine games on Apple's iOS, Android, and Facebook.

23.    High 5 Games transferred ownership and operation of its online slot machine games to its subsidiary, High 5 Entertainment, in October 2022. High 5 Games executed the transfer after a damages class was certified in this lawsuit comprised of all individuals in Washington who purchased virtual casino chips in either High 5 Casino or High 5 Vegas after April 9, 2014. High 5 Games retained the liability for this lawsuit.

24.    Acies Investments, LLC invested $3 million of capital into the new entity, High 5 Entertainment, for the purpose of creating an online sweepstakes business. The $3 million investment was not related to the value of the social casino business.

25.    High 5 Entertainment receives all revenues from the social casino business. High 5 Entertainment has significantly more revenue than High 5 Games and significantly more cash on hand.

26.    High 5 Games retained the technical platform on which the social casinos run. High 5 Entertainment does not help maintain the technical platform.

27.    The High 5 Entertainment board consists of Anthony Singer and Lisa Husniye Singer. Lisa Husniye Singer is Anthony Singer's wife and an employee of High 5 Games. She is not an employee of High 5 Entertainment. She is involved in the day-to-day operations of High 5 Entertainment, making decisions on matters such as promotions to customers and approving contracts with third-party advertisers.