# EXHIBIT "H"

## TABLE – DESCRIPTION OF CLAUSES IN TERMS OF SERVICE
## WHERE DEFENDANTS RESERVE RIGHTS – CAN EXERCISE SOLE DISCRETION

| Description of Clause | Location in Luckyland Terms of Service | Location in Malta / Chumba Casino Terms of Service | Location in VGW GP / Global Poker Terms of Service |
|---|---|---|---|
| Add or remove games and amend terms and conditions | 1 | 1 | 1 |
| No liability for unauthorized use of customer's account | 5.8 | 5.8 | 5.8 |
| No liability for unauthorized access to customer's account | 5.9 | 5.9 | 5.9 |
| Upon closing account – operator keeps funds in account | 5.13 | 5.14 | 5.13 |
| Limit or close accounts – sole discretion | 5.16 | 5.16 | 5.16 |
| No refunds of purchases – 30 day statute of limitations for billing problems or discrepancies | 6.6 | 6.6 | 6.6 |
| Power to offset account and suspend account if purchases are returned or charged back | 6.12 | 6.12 | 6.12 |
| Reset the minimum wager requirements | 6.13(b) | 6.13(b) | 6.13(b) |
| Declare a game void – sole discretion | 6.14 | 6.14 | 6.14 |
| Additional Terms and Conditions - amendments | 7.1 | 7.1 | 7.1 |
| Reserve right to withdraw or modify promotions without notice | 7.3 | 7.3 | 7.3 |
| Deny or cancel award of prizes / money – sole discretion | 7.4 | 7.4 | 7.4 |
| Royalty-free license to use content published by customer | 7.5 | 7.5 | 7.5 |
| Can require same payment method for redemption of Prizes, or specific payment method – own discretion | 8.1(b) | 8.1(b) | 8.1(b) |
| Right to charge fees for processing redemptions – payment of prizes / money and to charge minimum of SC50 | 8.2 | 8.2 | 8.2 |
| Reserve right to limit prize redemption to $10,000 per day | 8.4 | 8.4 | 8.4 |
| Withhold payment – set verification requirements – sole discretion | 8.9 (a) | 8.9(a) | 8.9(a) |

| | | | |
|---|---|---|---|
| Not required to reissue payments made where mistake in description of account | 8.10 | 8.10 | 8.10 |
| Can void or refuse to make payments to alternative bank accounts if not confirmed in 60 days - discretion | 8.11 | 8.11 | 8.11 |
| Appoint Payment Administrator / Agent – sole discretion | 8.20 | 8.20 | 8.20 |
| Limit Liability – Payment Administrator | 8.21 | 8.21 | 8.21 |
| Sweeps Coins in account valid for 60 days or expire | 8.22 | 8.22 | 8.22 |
| Sweeps Coins forfeited if Customer Account closed for any reason – our discretion | 8.23 | 8.23 | 8.23 |
| Suspend account pending investigation | 8.25 | 8.25 | 8.25 |
| Offset for mistake in making payments | 8.26 | 8.26 | 8.26 |
| May restrict, suspend, or close Customer Account in any matter – we deem reasonably appropriate – pending verification | 9.2 | 9.2 | 9.2 |
| If customer doesn't provide document in form that Operator requires – after 30 days – may restrict or close account – sole discretion | 9.4 | 9.4 | 9.4 |
| If Operator or VGW suspect improper activity or conduct violating Terms of Service – Customer Account suspended or closed – no obligation to return purchases or pay winnings. | 11.3 | 11.3 | 11.3 |
| License to use customer information, images, comments uploaded to Operator website | 12.4 | 12.4 | 12.4 |
| Limitation of liability without limitation delays or data corruption on Platform | 14.3 | 14.3 | 14.3 |
| Suspend or modify content to the platform – sole discretions – without notice – no liability for losses | 14.7 | 14.7 | 14.7 |
| May temporarily suspend whole or part of any Platform for any reason at sole discretion | 14.8 | 14.8 | 14.8 |
| No liability if damage arises out of Live Chat service | 18.13 | 18.13 | 18.13 |

| | | | |
|---|---|---|---|
| Close customer accounts- sole discretion – if reason to believe conditions (a) through (q) | 20.1 | 20.1 | 20.1 |
| Liability and Indemnification by customer if account closed under 20.1 – No remedies to customer | 20.2 | 20.2 | 20.2 |
| Withhold funds in customer accounts | 20.3 | 20.3 | 20.3 |
| Hold Harmless / Indemnification required of customer (a) through (e) | 21 | 21 | 21 |
| Limit liability of damages to 30 day's worth of wagers – private statute of limitations – contrary to § 95.3, Fla. Stat.), (includes officers, directors, employees, shareholders, agents, licensors, subcontractors, or suppliers) | 21.3 | 21.3 | 21.3 |
| No obligations to pay interest on outstanding prizes – no corresponding right for customer | 22.1 | 22.1 | 22.1 |
| Power to unilaterally assign rights under agreement granted to Operator | 24.11 | 24.11 | 24.11 |
| | | | |
| Total No. of Clauses 40<br>Subparts to clause 20.1 (16-17)<br>Subparts to clause 21 (4-5) | Total: cc. 60 | cc. 60 | cc. 60 |