IN THE UNITED STATES DISCRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DESTINY KENNEDY, On behalf of herself and all other Georgia citizens similarly situated,<br><br>    **Plaintiff,**<br><br>v.<br><br>VGW HOLDINGS LIMITED, VGW MALTA LIMITED, VGW LUCKYLAND INC., and VGW GP LIMITED,VGW HOLDINGS US INC., VGW US INC.<br><br>    **Defendants.** | CIVIL ACTION<br>1:24-cv-02184-TWT |

### Motion for Leave to File First Amended Complaint

Comes now Plaintiff, Destiny Kennedy, through counsel to request that this Court grant permission and accept the recently filed First Amended Complaint in this case. The First Amended Complaint was filed as a result of recently discovered evidence of connections to Georgia that will allow this Court to exercise jurisdiction over the matters presented.

1

The Complaint in this case was originally filed in the Superior Court of Fulton County, Georgia and removed to this Court by Defendants. Very recently Plaintiff discovered evidence that Defendants have engaged in advertising in a local digital newspaper circulated mainly to Georgia residents. Because this Court recently dismissed a similar case due to a lack of factual allegations supporting jurisdiction, (Fair Gaming Advocates Georgia, Inc. vs. VGW Holdings Limited, et al., Civil Action No. 1:24-cv-00901-TWT) Plaintiff believes its First Amended Complaint is necessary in the pursuit of justice.

Plaintiff Kennedy contends that the First Amended Complaint will not prejudice any party to this action and allowing the First Amended Complaint will ensure a complete and more accurate record of the facts and legal issues presented in the case.

WHEREFORE, Plaintiff Destiny Kennedy respectfully requests that this Court grant her Motion for Leave to File the previously submitted First Amended Complaint.

Respectfully submitted:

/s/ *Barry L. Williams*
Barry Williams
P.O. Box 1483

Villa Rica, Georgia 30180
Georgia Bar No. 538108
Email: advocatedib@gmail.com

Attorney for Plaintiff
DESTINY KENNEDY

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 27th day of March 2025, served this Amended Complaint by efiling using the Court's electronic filing system, which will automatically forward a copy to counsel of record in this matter

/s/ *Barry L. Williams*

Barry L. Williams
P.O. Box 1483
Villa Rica, Georgia 30180
404-519-4586
Georgia Bar No. 538108
Email: advocatedib@gmail.com

Attorney for Plaintiff
DESTINY KENNEDY

3